JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Omni Vision International, Inc. Cash Balance Pension Plan | 2:23-cv-04543-DSF-PD |
| PENSION BENEFIT GUARANTY CORPORATION, | JUDGMENT |
| Plaintiff, | |
| v. | |
| OMNI VISION INTERNATIONAL, INC., Defendant. | |

The Court having granted a motion for default judgment.

IT IS ORDERED THAT judgment be entered in favor of Plaintiff Pension Benefit Guaranty Corporation as follows:

1. The Pension Plan is terminated pursuant to 29 U.S.C. § 1342(c).

2. PBGC is appointed as statutory trustee of the Pension Plan pursuant to 29 U.S.C. § 1342(c).

3. May 31, 2023 is the effective termination date of the Pension Plan pursuant to 29 U.S.C. § 1348(a)(4).

4. Omni Vision and any other person or entity having possession, custody or control of any records, assets or other property of the Pension Plan are to transfer, convey, and deliver all such records, assets, and property to PBGC as statutory trustee upon request under 29 U.S.C. § 1342(d)(1).

5. PBGC may recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  December 28, 2023

_____
Dale S. Fischer
United States District Judge